MICHELE BECKWITH
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL POSEY, III,<br><br>             Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>             Respondent. | CASE NO. 2:24-cv-2805 CSK P<br><br>[PROPOSED] ORDER |

     Petitioner is a federal prisoner proceeding po se with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On January 30, 2025, respondent filed a motion for an extension of time, nunc pro tunc, to file a response or motion to dismiss. (ECF No. 20.)

     On November 25, 2024, the Court ordered respondent to file a response to the § 2241 petition within sixty days. (ECF No. 18.) Therefore, the response was due on or before January 24, 2025. Having reviewed respondent's motion, and good cause appearing therefor, respondent's motion for extension of time, nunc pro tunc, is granted. Respondent shall file a responsive pleading on or before February 26, 2025.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Respondent's request for an extension of time (ECF No. 20) is granted.

///

2. On or before February 26, 2025, respondent shall file a response or motion to dismiss to the § 2241 petition.

Dated:  February 3, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/pose2805.eot